[No. 3842–4–III. Division Three. July 14, 1981.]

*In the Matter of the Estate of*
OMAL H. LUKACH.

PATSY LOU VAUGHN, *Appellant,* v. JOSEPH
LUKACH, *Respondent.*

Appeal from a judgment of the Superior Court for Chelan County, No. 10774, Fred Van Sickle, J., entered February 19, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3949–8–III. Division Three. July 14, 1981.]

*In the Matter of the Marriage of* DELORES RUEB,
*Appellant, and* CLARENCE JACK RUEB,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–02202–5, George T. Shields, J., entered April 24, 1980. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 3083–1–III. Division Three. July 14, 1981.]

COURTRIGHT CATTLE COMPANY, *Respondent,* v. THE
DOLSEN COMPANY, *Appellant,* JOHN B. COTTEN,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 26123, Richard J. Ennis, J. Pro Tem., entered August 21, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by McInturff, C.J., and Green, J.